# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**Date: 2/27/09**

In re:   Case No.:   07−22941 DK     Chapter:   13

Patricia A. Veal
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 49 – Withdrawal of Claim(s): 10 was filed in error and not filed as an amended proof of claim Filed by C & F Finance Company. (Hall, April)

PROBLEM: A Certificate of Service on all entities affected by the pleading was not filed.

CURE: A Certificate of Service on all entities affected by the pleading must be filed by the cure date shown below.

CONSEQUENCE: If the problem(s) is/are not cured by the date below, the pleading will be STRICKEN from the record.

**All deficiencies must be cured by 3/9/09.**

**Additional information for non−attorney filers is available at www.mdb.uscourts.gov/RL_prose.aspx.**

Mark D. Sammons, Clerk of Court
by Deputy Clerk, A Nelson

cc:   Debtor(s)
      Attorney for Debtor(s) – Shawn W. Carter

Form defntc (01/06)